IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RONALD GREY HICKMAN                                                                           PLAINTIFF
ADC #158915

V.                            Case No. 2:17-cv-00147-KGB/JTR

GERALDINE A. CAMPBELL, Nurse Practitioner;
CAPTOLA M. CLINKSCALE, Nurse Practitioner;
PATRICK DRUMMOND, M.D.; and
MEKA LEWIS, Nurse                                                                           DEFENDANTS

# ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 33). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 33). The Court grants in part and denies in part defendants Geraldine Campbell, Captola M. Clinkscale, and Patrick Drummond's motion for summary judgment (Dkt. No. 19).

The Court dismisses without prejudice plaintiff Ronald Grey Hickman's 42 U.S.C. § 1983 claims against Ms. Campbell and Mr. Drummond raised in his complaint, amended complaint, and addendum, due to lack of exhaustion. The Court also dismisses without prejudice Mr. Hickman's § 1983 claim against Ms. Lewis raised in his complaint, amended complaint, and addendum, due to lack of service. Mr. Hickman may proceed with this § 1983 claim against Ms. Clinkscale, to the extent stated in the Partial Recommended Disposition.

So ordered this 17th day of September, 2018.

_____
Kristine G. Baker
United States District Judge