# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**RONALD GREY HICKMAN**  
**ADC #158915**                                                                                                                    **PLAINTIFF**

**V.**            Case No. 2:17-cv-00147-KGB/JTR

**CAPTOLA M. CLINKSCALE,**  
**Nurse Practitioner**                                                                                                             **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 50). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 50). The Court grants defendant Captola M. Clinkscale's motion for summary judgment (Dkt. No. 39). As plaintiff Ronald Grey Hickman's claims against Ms. Clinkscale were the only remaining claims in this matter, the Court dismisses Mr. Hickman's complaint, amended complaint, and addendum (Dkt. Nos. 2, 7, 17). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith. Judgment shall be entered accordingly.

So ordered this 9th day of September, 2019.

_____  
Kristine G. Baker  
United States District Judge