IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RONALD GREY HICKMAN**                                                                **PLAINTIFF**
**ADC #158915**

V.                     Case No. 2:17-cv-00147-KGB/JTR

**CAPTOLA M. CLINKSCALE,**
Nurse Practitioner                                                              **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered this date, and consistent with this Court's prior Orders entered in this matter, it is considered, ordered, and adjudged that plaintiff Ronald Grey Hickman's complaint, amended complaint, and addendum are dismissed. The relief requested is denied.

So adjudged this the 9th day of September, 2019.

                                                    _/s/ Kristine G. Baker_
                                                     Kristine G. Baker
                                                     United States District Judge